

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00409-CV

_____

IN THE INTEREST OF K.S. AND W.S., CHILDREN

---

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-532961-13

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant W.S. (Father) attempts to appeal from the trial court's November 16, 2020 "Further Temporary Orders Modifying Prior Orders," which were entered in a suit affecting the parent–child relationship (SAPCR). We notified the parties that we questioned our jurisdiction to hear Father's appeal because the temporary orders were neither final nor an otherwise appealable, interlocutory order. *See* Tex. R. App. P. 42.3. We asked for a response showing our jurisdiction and warned we could dismiss the appeal. *See* Tex. R. App. P. 44.3. Father responded but did not address our jurisdictional question.

We may consider appeals only from final judgments or from interlocutory orders made immediately appealable by the Texas Legislature. *See Bonsmara Nat. Beef Co. v. Hart of Tex. Cattle Feeders, LLC*, 603 S.W.3d 385, 390 (Tex. 2020). Temporary orders entered in a SAPCR are not appealable, interlocutory orders. *See* Tex. Fam. Code Ann. § 105.001(e). Thus, we do not have jurisdiction over Father's attempted appeal, and we dismiss it. *See* Tex. R. App. P. 42.3, 43.2(f); *In re Z.R.*, No. 02-20-00273-CV, 2020 WL 5833633, at *1 (Tex. App.—Fort Worth Oct. 1, 2020, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because temporary orders entered in SAPCR were neither final nor an otherwise appealable, interlocutory order).

Per Curiam

Delivered: January 14, 2021

2